E-FILED
Thursday, 11 July, 2019 04:32:59 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ALI NAQVI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLINOIS HEALTH AND SCIENCE, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 17-CV-3145-RM-TSH <br><br> Judge Richard Mills <br><br> Mag. Judge Tom Schanzle-Haskins |

## INDEX OF EXHIBITS FOR
## DEFENDANTS' MOTION TO EXCLUDE

Exhibit A       Email from Dawn Wall to Daniel Delaney – Dated July 3, 2019

Exhibit B       Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1)

Exhibit C       Email from Christina Chapin to Dawn Wall – Dated July 10, 2019

119938001.1